Ron MOSLEY, Petitioner–Appellant,

v.

S. OROSKI, Respondent–Appellee.

Ron Mosley, Petitioner–Appellant,

v.

S. Oroski, Respondent–Appellee.

Nos. 08–15327, 08–15389.

United States Court of Appeals, Ninth Circuit.

Jan. 31, 2011.

David Shapiro, Oakland, CA, for Petitioner–Appellant.

Ron Mosley, San Quentin, CA, pro se.

Heather M. Heckler, Esquire, Deputy Assistant Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

D.C. No. CV–05–04260–TEH, Northern District of California, San Francisco.

Before: ALARCÓN and RYMER, Circuit Judges.

In light of the Supreme Court's decision in *Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011) (per curiam), the disposition filed on November 24, 2010 is withdrawn. Further proceedings are stayed pending final resolution of *Cooke v. Solis,* 606 F.3d 1206 (9th Cir. 2010), and *Clay v. Kane,* 384 Fed.Appx. 544 (9th Cir.2010), in this court. The parties are requested to file a notice memorandum with the Clerk of this court as

soon as decisions have been rendered in these cases.